# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

RUFUS BROWNING
On Behalf of Himself and All Others Similarly Situated,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

(Please see attached Attachment to Summons)

TO: (Name and address of defendant)

The Above-Named Defendants

**MEJ**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Susan G. Kupfer
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center, Suite 760
San Francisco, CA 94111
Telephone: (415) 972-8160

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

MAR 14 2008
DATE

MARY ANN BUCKLEY

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
              Date                                                        *Signature of Server*

                                              _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

MC-025

| SHORT TITLE: BROWNING v. AIR NEW ZEALAND, LTD. et al. | CASE NUMBER: |
|---|---|

ATTACHMENT (Number): __1__
(This Attachment may be used with any Judicial Council form.)

Page __1__ of __1__
(Add pages as required)

ATTACHMENT TO SUMMONS

Defendants:

AIR NEW ZEALAND, LTD.

ALL NIPPON AIRWAYS CO., LTD.

CATHAY PACIFIC AIRWAYS, LTD.

CHINA AIRLINES, LTD.

EVA AIRWAYS CORPORATION

JAPAN AIRLINES CORPORATION

NORTHWEST AIRLINES CORPORATION

QANTAS AIRWAYS, LTD.

SINGAPORE AIRLINES, LTD.

THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY, LTD.,

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [New July 1, 2002]

**ATTACHMENT**
**to Judicial Council Form**

Cal. Rules of Court, rule 982
American LegalNet, Inc. | www.USCourtForms.com