1  Susan G. Kupfer (Bar No. 141724)
   Kathleen S. Rogers (Bar No. 122853)
2  GLANCY BINKOW & GOLDBERG LLP
   One Embarcadero Center, Suite 760
3  San Francisco, CA  94111
   Telephone: (415) 972-8160
4  Facsimile:  (415) 972-8166
   skupfer@glancylaw.com
5  krogers@glancylaw.com

6  *Attorneys for Plaintiff Rufus Browning
   and the Proposed Class*

7

8

9

10                     **UNITED STATES DISTRICT COURT**

11                     **NORTHERN DISTRICT OF CALIFORNIA**

12                         **SAN FRANCISCO DIVISION**

13

| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Case No.:  08-cv-1458-MEJ<br><br>MDL No. 1913 |
|---|---|
| This Document Relates to:<br><br>*Rufus Browning v. Air New Zealand, Ltd. et al.,* N.D. Cal. Case No. 08-cv-01458-MEJ | **PLAINTIFF RUFUS BROWNING'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16** |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.

3

4  Dated: April 1, 2008

5
                                    /s/ Susan G. Kupfer
6                                   Susan G. Kupfer (Bar No. 141724)
                                    Kathleen S. Rogers (Bar No. 122853)
7                                   GLANCY BINKOW & GOLDBERG LLP
                                    One Embarcadero Center, Suite 760
8                                   San Francisco, CA 94111
                                    Telephone: (415) 972-8160
9                                   Facsimile: (415) 972-8166
                                    skupfer@glancylaw.com
10                                  krogers@glancylaw.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFF RUFUS BROWNING'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO     2
LOCAL RULE 3-16
Case No. 08-cv-1458-MEJ
MDL No. 1913